IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**COREY E. TURNER, SR.**  **PLAINTIFF**
**#28354–044**

v.  CASE NO. 2:25-CV-00152-BSM

**HANKS, Case Manager**
**and HAGLER, Counselor**  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of September, 2025.

_____
UNITED STATES DISTRICT JUDGE